OSCN Found Document:IN RE: REVISION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 IN RE: REVISION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS
2025 OK CR 14
Case Number: CCAD-2025-2
Decided: 09/12/2025
THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA
Cite as: 2025 OK CR 14, __ P.3d __

 

IN RE: REVISION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS

ORDER ADOPTING AMENDMENTS TO EXISTING FORMS
AND ADOPTING NEW FORM

¶1 We find that a new Form should be adopted and certain existing Forms revised due to the Sentencing Modernization Act of 2024 as well as several needed updates. To that end, we find that amending Forms 13.8 and 13.10; and the creation of Form 13.18 is necessary. Pursuant to the provisions of Section 1051(B) of Title 22 of the Oklahoma Statutes, we hereby revise, adopt, promulgate, and republish portions of the Rules of the Oklahoma Court of Criminal Appeals, Title 22, Ch. 18, App. (2025), as set forth in the following attachment (strikethrough denotes deleted words, underline denotes added words).

¶2 IT IS SO ORDERED, ADJUDGED, AND DECREED that these revisions shall become effective on the date of this order.

¶3 IT IS SO ORDERED.

¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this ___12th______ day of September, 2025.

/S/__________________________________________________
GARY L. LUMPKIN, Presiding Judge

/S/__________________________________________________
WILLIAM J. MUSSEMAN, Vice Presiding Judge

/S/__________________________________________________
DAVID B. LEWIS, Judge

/S/__________________________________________________
ROBERT L. HUDSON, Judge

/S/__________________________________________________
SCOTT ROWLAND, Judge

ATTEST:

/s/_____________________
Clerk

 

 

Form 13.8 Uniform Judgment and Sentence

IN THE DISTRICT COURT OF______________COUNTY
THE STATE OF OKLAHOMA

 
 
 STATE OF OKLAHOMA,
 
 Plaintiff,
 
 vs.
 
 
 Defendant.
 )
 )
 )
 ) Case No.: 
 )
 )
 )
 )
  
 
 

Year of Birth:______________________
Place of Birth: _____________________
Last four digits of SS#:_______________
DOC #: __________________________
Last four digits of DL#: ______________
State of issuance: __________________

JUDGMENT AND SENTENCE

Now, on this______ day of____________, 20____, this matter comes on before the undersigned Judge, for sentencing and the Defendant,____________________, appears personally and by Attorney_____________________, the State of Oklahoma represented by ________________________ and the Defendant, having previously:

( ) Entered a plea of guilty

( ) Entered a plea of Nolo Contendere

( ) Been found guilty by jury

( ) Been found guilty by Judge after waiver of jury trial

( ) Other ____________________________________________ 

To/of the crime(s) of: Statutory Reference

Count ________; ______________________________________ O.S.________

Class _______ Date of Offense: _________________________________

Count _________; _____________________________________ O.S.________

Class _______ Date of Offense: _________________________________

Count _________:______________________________________ O.S.________

Class _______ Date of Offense: _________________________________

Count _________; _____________________________________ O.S.________

Class _______ Date of Offense: _________________________________

Count _________;____________________________________ O.S.__________

Class _______ Date of Offense: _________________________________

Count _________;_____________________________________O.S._________

Class ______ Date of Offense:_____________________________ _____

(Attach additional sheet for additional counts or if computerized, add to body of Judgment and Sentence at each appropriate place.)

 
 
 ( )
 The defendant has previously been convicted of _____  (insert number) felony crimes and
 
 the sentence has been enhanced in accordance with the provisions set forth in
 
 ______ O.S. _____________________________________________  ; and,
 
 

The defendant's conviction(s) are after (check all that apply):

( ) no prior felony convictions

Count(s) enhanced pursuant to 21 O.S. § 51.1: ____________________________

( ) after one (1) prior felony conviction

( ) after two (2) or more prior felony convictions

List applicable prior felony conviction(s): ________________________________ 

________________________________________________________________

________________________________________________________________

Count(s) enhanced pursuant to 21 O.S. § 20A et seq. (Sentencing Modernization Act):___________________________________________________________

( ) after one (1) or two (2) prior Class C/D felony conviction(s)

( ) after one (1) or more prior Class A/B/Y felony conviction(s) or three (3) or more prior Class 
     C/D felony convictions

List applicable prior felony conviction(s) (and class)_______________________ 

________________________________________________________________

________________________________________________________________

Count(s) enhanced pursuant to ____ O.S. § __________: ____________________

( ) after ________ prior felony conviction(s)
List applicable prior felony conviction(s): ________________________________

________________________________________________________________

________________________________________________________________

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the Defendant,

____________________________________________, is guilty of the above described offenses and is
sentenced as follows:

TERM OF IMPRISONMENT

COUNT SENTENCED TO A TERM OF (mark percentage as N/A if not applicable):

______ ___________________________________________________ at ________%

______: ___________________________________________________at ________%

_______:___________________________________________________at ________%

_______:__________________________________________________ at ________%

_____: ____________________________________________________ at ________%

_____: ____________________________________________________ at ________%

Under the custody and control of:

( ) Oklahoma Department of Corrections;

( ) the ____________________________________________ County Sheriff; or

( ) other: ________________________________________________________ .

These terms to be served as follows (consecutive/concurrent) (with/without credit for time served):

___________________________________________________________________________________________________.

Upon release from such confinement, the Defendant shall serve a term of post-imprisonment supervision, under conditions prescribed by the Department of Corrections, for a period of:

___________________________________________________________________________________________________

 

TERM OF IMPRISONMENT WITH EXECUTION OF SENTENCE SUSPENDED IN PART
(Attach additional sheet(s) to clarify, if necessary)

_____: ____________________________________________________ at ________%

_____: ____________________________________________________at ________%

_____: ____________________________________________________ at ________%

______ ___________________________________________________ at ________%

_____: ____________________________________________________ at ________%

_____: ____________________________________________________ at ________%

With all except the first ________________ suspended under the custody and control of:

( ) Oklahoma Department of Corrections; or

( ) the _______________________________________________County Sheriff,

pursuant to the rules and conditions of probation entered by the court.

These term(s) to be served as follows (consecutive/concurrent) (with/without credit for time served):

___________________________________________________________________________________________________

Upon release from such confinement, the Defendant shall serve a term of post-imprisonment supervision, under conditions prescribed by the Court, for a period of: 

___________________________________________________________________________________________________

TERMS OF IMPRISONMENT WITH EXECUTION OF SENTENCE SUSPENDED 
(Attach additional sheet(s) to clarify, if necessary)

COUNT SENTENCED TO A TERM OF (mark percentage as N/A if not applicable):

_____: ____________________________________________________ at ________%

_____: ____________________________________________________ at ________%

_____: ____________________________________________________ at ________%

_____: ____________________________________________________at ________%

_____: ____________________________________________________ at ________%

_____: ____________________________________________________ at ________%

Under the custody and control of:

( ) Oklahoma Department of Corrections; or

( ) the _____________________________________________ County Sheriff,

All of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the court.

These term(s) to be served as follows (consecutive/concurrent) (with/without credit for time served):

 

Upon release from such confinement, the Defendant shall serve a term of post-imprisonment supervision, under conditions prescribed by the Court, for a period of: 

______________________________________________________________________

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED BY THE COURT that in addition to the preceding terms, the Defendant is also sentenced to:

FINE

( ) The defendant shall pay a fine of $__________

( ) immediately; or

( ) on or before _______________, 20_____ at the rate of $________per_________, or within ________ days of release from the Department of Corrections.

( ) payment of $________ is suspended pursuant to Rules and Conditions of probation.

COSTS, VCA, RESTITUTION

 
 
 ( )
 The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as
 
 Exhibit___________.
 
 

RULES AND CONDITIONS OF PROBATION

The rules and conditions of probation as ordered by the court and signed by the defendant, acknowledging

his/her understanding of the rules and conditions, are incorporated as Exhibit __________.

ATTORNEY FEES

 
 
 (  )
 The defendant shall pay court-appointed attorney fee in the amount of $________ on or before_____________, 20_____, to ________________________________.
 
 
  
  
 
 

HEARING ON ABILITY TO PAY AFTER INCARCERATION

 
 
 (  )
 The defendant shall report to the District Court of ________________ County within ______days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the Rules of the Court of Criminal Appeals, 22 O.S., Ch. 18, App.
 
 

IT IS FURTHER ORDERED that judgment is hereby entered against the Defendant as to the fines, costs and assessments set forth above.

The Court further advised the Defendant of his/her rights and procedure to appeal to the Court of Criminal Appeals of the State of Oklahoma, and that if he/she desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State subject to reimbursement of the cost of representation in accordance with Sec. 1355.14 of Title 22. The Court further advised the Defendant that, in the event the above sentence is for a crime involving domestic violence where the Defendant is or was a spouse, intimate partner, parent, or guardian of the victim or is or was involved in another similar relationship with the victim it may be unlawful for him or her to possess, purchase, receive, transport or ship a firearm including a rifle, pistol or revolver or ammunition pursuant to federal law under 18 U.S.C. Section 922(g)(8) or (9), or state law, or both.

In the event the above sentence is for incarceration in the Department of Corrections, the Sheriff of _____________________ County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to serve as warrant and authority for the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to be warrant and authority of the Sheriff for the transportation and imprisonment of the Defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his proceedings endorsed thereon.

COURT CLERK'S DUTY

[trial judge to complete this section]

IT IS FURTHER ORDERED that the Clerk of this Court shall register or report the following circumstances in accordance with the applicable statutory authority:

( ) As to Count(s) _____, the defendant is ineligible to register to vote and the Clerk of this Court shall submit a report pursuant to Section 4-120.4 of Title 26. pursuant to Section 4-101 of Title 26.

( ) As to Count(s) _______, Pursuant to Section 985.1 of Title 22, the Court departed from the mandatory minimum sentence of imprisonment and the Clerk of this Court shall submit a report pursuant to Section 985.2. as to Count(s) _______.

( ) As to Count(s)_____ , the defendant is subject to the Mary Rippy Violent Crime Offenders Registration Act and the Clerk of this Court shall forward registration information, including Form 13.18 if applicable, as set forth in Section 597 of Title 57. requirements as set forth in Section 594 of Title 57.

( ) As to Count(s)_____ , the defendant is subject to the Methamphetamine Offender Registry requirements and the Clerk of this Court shall forward registration information as set forth in Section 2-701 of Title 63. as set forth in Section 2-701 of Title 63.

( ) As to Count(s) _______, the defendant is subject to the Sex Offender Registry requirements and the Clerk of this Court shall forward registration information as set forth in Section 582.2 of Title 57.

( ) Defendant is a lawyer and certified copies of this document shall be transmitted to the Chief Justice of the Supreme Court and the General Counsel of the Bar Association within five (5) days as set forth in Section Rule 7.2 of the Oklahoma Rules Governing Disciplinary Proceedings of Professional Conduct, 5 O.S.Supp.2014, ch. 1, app. 1-A.

Witness my hand the day and year first above mentioned.

 
 
 
 
 (SEAL)
 
 JUDGE OF THE DISTRICT COURT

  

 (Name of Judge Typed)                     
 
 
 
 ATTEST:
 
  
 
 
 __________________________________________________
 Court Clerk
 
 __________________________________________________
 Deputy Clerk
 
 

CLERK'S CERTIFICATION OF COPIES

I,_________________, Clerk of the District Court of __________________County, State of Oklahoma, do hereby certify the foregoing to be true, correct, full and complete copy of the original Judgment and Sentence in the case of the State of Oklahoma vs._______________________ as the same appears of record in my office.

WITNESS my hand and official seal this ________day of ____________ 20_____.

 
 
 
 (SEAL)

 By:
 
 
 
 _________________________________________________
 Court Clerk
 
 _________________________________________________
 Deputy Court Clerk
 
 

SHERIFF'S RETURN

I received this Judgment and Sentence the ______ day of ______________ 20______,

and executed it by delivering the Defendant to the Warden of the ___________________________ Lexington Assessment and Reception Center at _______________________ Lexington, Oklahoma, on the _________________day of _________________, 20____.

I also certify the above prisoner has served ________ days in the County Jail on the present charge or charges.

_______________________________________

Sheriff

________________________________________

Deputy Sheriff

 

Form 13.10 Uniform Plea of Guilty - Summary of Facts

IN THE DISTRICT COURT OF______________________________________________ COUNTY
THE STATE OF OKLAHOMA

 
 
 
 STATE OF OKLAHOMA,

 Plaintiff,

 vs.
 
 ___________________________,

 Defendant.

 
 Last four digits of SS# ________________
 Last four digits of DL# ______ State ________
 Year of Birth _____ Place of Birth__________
 Oklahoma DOC # ______________________
 _____________________________________

 _____________________________________
 (Home Address)
 
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 
 
 Case No.____________________

 [NOTE: The trial judge shall ensure the defendant is sworn either prior to completing the Summary of Facts or prior to inquiry by the Court on the Plea. If the defendant is entering a nolo contendere, or other type guilty plea, correct by pen change where term "guilty" used.]
 
 
 

PLEA OF GUILTY 

SUMMARY OF FACTS

Part A: Fings of Fact, Acceptance of Plea

 
 
  
  
 CIRCLE
 
 
  
  
  
 
 
 1.
 Is the name just read to you your true name?
 If no, what is your correct name?___________________________

 I have also been known by the name(s):_____________________

 _____________________________________________________
 
 Yes No
 
 
 
 2.

  
 
 My lawyer's name is:____________________________________
  
 
 
 3.
 (a) Do you wish to have a record made of these proceedings by a Court Reporter?
 
 (b) Do you wish to waive this right?
 
 Yes No
 
 Yes No
  
 
 
 
 4.
 Age:_______Grade completed in school:__________
  
  
 
 
 5.
 Can you read and understand this form? (If the answer above is no, Addendum A is to be completed and attached.)
  
 Yes No
 
 
 6.
 Are you currently taking any medications or substances which affect your ability to understand these proceedings?
  
 Yes No
 
 
 7.
 Have you been prescribed any medication that you should be taking, but you are not taking?
 If so, what kind and for what purpose? _________________

 ________________________________________________

  
 
 Yes No
 
 
 8.
 Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness?
  
 If yes, list the doctor or health professional, place, and when occurred:

 ________________________________________________________

 ________________________________________________________

  
 
 Yes No
 
 
 9.
 Do you understand the nature and consequences of this proceeding?
  
 Yes No
 
 
 10.
 Have you received a copy of the Information and read its allegations?
  
 Yes No
 
 
 11.
 Does the State move to dismiss or amend any case(s) or count(s) in the information or on page 2 of the information? If so, set forth the cases/counts dismissed or amended.
 
 ___________________________________________________________
 
 ___________________________________________________________
 Yes No
 
 
 12.
 A. Do you understand you are charged with now entering a plea to the following charges:
  
 
 
  
 
 Crime / Statutory Reference / Class Letter and Number
 
  
 
 
 (1)
 _______________________________O.S._________Class_____ _____
 Yes No
 
 
 (2)
 _______________________________O.S._________Class_____
 Yes No
 
 
 (3)
 _______________________________O.S._________Class_____
 Yes No
 
 
 (4)
 _______________________________O.S._________Class_____
 Yes No
 
 
 (5)
 _______________________________O.S._________Class_____
 Yes No
 
 
 (6)
 _______________________________O.S._________Class_____
 Yes No
 
 
  
  
  
 
 
 For additional charges: List any additional charges on a separate sheet and label as PLEA OF GUILTY
 
 
 ADDENDUM B.
 
 
  
 B. Are you charged after former conviction of a felony? Do you understand your plea of guilty to the charge(s) is/are after: (check all that apply)
 ( ) no prior felony convictions

   Count(s) enhanced pursuant to 21 O.S. § 51.1:_____________

 ( ) after one (1) prior felony conviction
 ( ) after two (2) or more prior felony convictions
 List applicable prior felony convictions to which pleading:  _______

 _____________________________________________________

 _____________________________________________________

 Count(s) enhanced pursuant to 21 O.S. § 20A et seq. (Sentencing Modernization Act): _____________________________________ 

 ( ) after one (1) or two (2) prior Class C/D felony conviction(s)
 ( ) after one (1) or more prior Class A/B/Y felony conviction or three (3) 
     or more prior Class C/D felony convictions
 List applicable prior felony convictions (and class) to which 
     pleading: ______________________________________________

 _____________________________________________________

 _____________________________________________________

 Count(s) enhanced pursuant to ____ O.S. § __: _____________

 ( ) after ________ prior felony conviction(s)
 List applicable prior felony convictions to which pleading: __

 _____________________________________________________

 _____________________________________________________
 
 
 Yes No
 
 
 
 
  
 
 
  

 If yes, list the felony(ies) charged: _________________________
 
 ____________________________________________________
 
 ____________________________________________________
 
  
 
 
 13.
 Have you previously been convicted of a felony? If so, when, where and for what felony/felonies? ______________________________________ _
 
 _________________________________________________________
 
 _________________________________________________________
  
 
 
 14.
 13.
 ____ (Check if applicable) Do you understand you are subject to the Delayed Sentencing Program for Young Adults and what that sentencing program involves?
 
 (Check if applicable) Do you understand that upon a conviction on a plea of guilty to the offense(s) of you will be required to serve a minimum sentence of: 
 
 85% of the sentence of imprisonment imposed before being eligible for parole consideration and are not eligible for earned or other type of credits which will have the effect of reducing the length of sentence to less than 85% of the sentence imposed?
 
 % of the sentence of imprisonment imposed or received prior to becoming eligible for state correctional earned credits toward completion of your sentence or eligibility for parole?
 
 (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of will subject you to mandatory compliance with the Oklahoma Sex Offender Registration Act?
 
 (Check if applicable) Do you understand that any person sentenced to imprisonment for two (2) years or more for the offense(s) of _______________________________________ , involving sexual abuse, sexual exploitation, or illegal sexual conduct, shall be required to serve a term of post-imprisonment supervision for at least three (3) years under conditions determined by the Department of Corrections Court in addition to the actual term of imprisonment. There will be no post-imprisonment supervision for a sentence of life or life without the possibility of parole for offenses involving sexual abuse, sexual exploitation, or illegal sexual conduct.
 
 (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of will subject you to mandatory compliance with the Oklahoma Methamphetamine Offender Registry Act?
 
 (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of will subject you to mandatory compliance with the Mary Rippy Violent Crime Offenders Registry Act? [If receiving a deferred or suspended sentence, complete Form 13.18.]
 
 (Check if applicable) Do you understand that the Court is required to include in the sentence of any person convicted of a felony and sentenced to a term of imprisonment after November 1, 2012, a term of post-imprisonment supervision. The post-imprisonment supervision shall be for a period of not less than nine (9) months nor more than one (1) year following confinement of the person and shall be served under conditions prescribed by the Department of Corrections. There will be no post-imprisonment supervision for a sentence of life without the possibility of parole.
 Yes No
 
 
 
 Yes No
 
 
 
 Yes No
 
 
 
 
 Yes No
 
 
 
 Yes No
 
 
 
 
 Yes No
 
 
 
 
 
 
 
 
 
 Yes No
 
 
 
 
 Yes No
 
 
 
 
 
 Yes No
 
 
 14.
 Applicable to Sentencing Modernization Act Class C/D crimes, with exceptions:
 Do you understand that you will be required to serve a minimum percent of the sentence imposed before release from custody, including release to electronic monitoring pursuant to the Sentencing Modernization Act in the following Count(s): _______________________________________________________?
 
 Applicable to 21 O.S. § 13.1 crimes:
 Do you understand that you will be required to serve a minimum of 85% of the sentence of imprisonment imposed before being eligible for parole consideration and are not eligible for earned or other type of credits which will have the effect of reducing the length of sentence to less than 85% of the sentence imposed in the following Count(s): ____________________________________________?
 
 Applicable to statute specific percent requirement crimes not covered above:
 Do you understand that you will be required to serve a minimum of ______% of the sentence of imprisonment imposed or received prior to becoming eligible for state correctional earned credits toward completion of your sentence or eligibility for parole in the following Count(s): __________________________________?
 
 Yes No
 
 
 
 
 
 Yes No
 
 
 
 
 
 
 Yes No
 
 
 15.
 What is/are the charge(s) to which the defendant is/are entering a plea today?
 
 ___________________________________________________________
 
 ___________________________________________________________
 
 ___________________________________________________________
  
 
 
 16.
 Do you understand the range of punishment for the crime(s) is/are: (List in same order as in No. 15 12-A above)? (mark percentage as N/A if not applicable)
  
 
 
 (1)
 Minimum of ________to a maximum of ________at _________% and/or a fine of $_________
 Yes No
 
 
 (2)
 Minimum of ________to a maximum of _____at _________% and/or a fine of $_________
 Yes No
 
 
 (3)
 Minimum of _________to a maximum of ____at _________% and/or a fine of $_________
 Yes No
 
 
 (4)
 Minimum of __________to a maximum of _____at _________% and/or a fine of $_________
 Yes No
 
 
 (5)
 Minimum of _________to a maximum of______at _________% and/or a fine of $_________
 Yes No
 
 
 (6)
 Minimum of __________to a maximum of____at________% and/or a fine of $________
 Yes No
 
 
 17.
 Read the following statements: You have the right to a speedy trial before a jury for the determination of whether you are guilty or not guilty and if you request, to determine sentence. (If pleading to capital murder, advise of procedure in 21 O.S. ' § 701.10(B)). At the trial:
  
 
 
  
 
 (1) You have the right to have a lawyer represent you, either one you hire yourself or if you are indigent a court appointed attorney.
 
  
 
 
  
 
 (2) You are presumed to be innocent of the charges.
 
  
 
 
  
 
 (3) You may remain silent or, if you choose, you may testify on your own behalf.
 
  
 
 
  
 
 (4) You have the right to see and hear all witnesses called to testify against you and the right to cross-examine them.
 
  
 
 
  
 
 (5) You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
 
  
 
 
  
 
 (6) The state is required to prove your guilt beyond a reasonable doubt.
 
  
 
 
  
 
 (7) The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if guilty, the appropriate punishment.
 
  
 
 
  
 Do you understand each of these rights?
 Yes No
 
 
 18.
 Do you understand by entering a plea of guilty you give up these rights?
 Yes No
 
 
 19.
 Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea?
 Yes No
 
 
 20.
 Do you understand your plea to the charge(s) may carry a risk of adverse immigration consequences if you are a non-citizen?
 Yes No
 
 
 21.
 20.
 Have you talked over the charge(s) with your lawyer, advised him/her regarding any defense you may have to the charges and had his/her advice?
 Yes No
 
 
 22.
 21.
 Do you believe your lawyer has effectively assisted you in this case and are you satisfied with his/her advice?
 Yes No
 
 
 23.
 22.
 Do you wish to change your plea of not guilty to guilty and give up your right to a jury trial and all other previously explained constitutional rights?
 Yes No
 
 
 24.
 23.
 Is there a plea agreement?
 
 What is your understanding of the plea agreement?  _________________
 
 ___________________________________________________________
 
 ___________________________________________________________
 
 ___________________________________________________________
 Yes No
 
 
 25.
 24.
 Do you understand the Court is not bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty?
 Yes No
 
 
 26.
 25.
 Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated in question 16?
 Yes No
 
 
 26.
 Do you understand your plea of guilty to the charge(s) is/are after: (check one)
 ( ) no prior felony convictions
 ( ) one (1) prior felony conviction
 ( ) two (2) or more prior felony convictions
 List prior felony convictions to which pleading: _______________

 ____________________________________________________

 ____________________________________________________
 
 Yes No
 
 
 27.
 What (is) (are) your plea(s) to the charge(s) (and to each one of them)?
 
 __________________________________________________________
 
 __________________________________________________________
 
 __________________________________________________________
  
 
 
 28.
 Did you commit the acts as charged in the Information?
 
 State the factual basis for your plea(s) (attach additional page as needed, labeled as ADDENDUM C):
 
 __________________________________________________________
 
 __________________________________________________________
 
 __________________________________________________________
 
 ___________________________________________________________
 
 ___________________________________________________________
 
 ___________________________________________________________
 Yes No
 
 
 29.
 Have you been forced, abused, mistreated, or promised anything by anyone to have you enter your plea(s)?
 Yes No
 
 
 30.
 Do you plead guilty of your own free will and without any coercion or compulsion of any kind?
 Yes No
 
 
 31.
 If you are entering a plea to a felony offense, you have a right to a Pre-Sentence Investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you. Do you want to have the Report? 
 Yes No
 
 
 31.
 32.
 (a) Do you have any additional statements to make to the Court?
 
 (b) Is there any legal reason you should not be sentenced now?
 Yes No
 
 Yes No
 
 

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the following statements under oath:

 
 
 (1)
 CHECK ONE:
  
 
 
  
 ______(a) I have read, understood and completed this form.
  
 
 
  
 ______(b) My attorney completed this form and we have gone over the form and I understand its contents and agree with the answers. See Addendum "A"
 .
 
 
  
 ______(c) The Court completed this form for me and inserted my answers to the questions.
  
 
 
 (2)
 The answers are true and correct.
 
 
 (3)
 I understand that I may be prosecuted for perjury if I have made false statements to this Court.
 
 
  
 __________________________________
 DEFENDANT                                              
 
 

I Acknowledge this ________day of______________, 20_____.

                                                                                                                                                                                                                                 ____________________________________
                                                                                                                                                                                                                                  Notary Public/Deputy Court Clerk/Judge

 
 
 32.
 33.
 I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she has been informed of all legal and constitutional rights.
  
 
 
  
 
 ________________________________________
 ATTORNEY FOR DEFENDANT                             
  
 
 
  
  
  
 
 
  
  
  
 
 
  
  
  
 
 
  
  
  
 
 
 33.
 34.
 The sentence recommendation in question 23 24 is correctly stated. I believe the recommendation is fair to the State of Oklahoma.
  
 
 
 
 34.
 35.
 
 Offer of Proof (Nolo contendere plea) _____________________________________
 
 ____________________________________________________________________
  
  
 
 
 36.
 On entering a plea to a felony offense, the State has a right to a pre-sentence investigation and report. The State waives the right to a pre-sentence investigation?
 Yes No 
  
 
 
  
 ____________________________________________
 ASSISTANT DISTRICT ATTORNEY                              
  
 
 

 

THE COURT FINDS AS FOLLOWS:

 
 
 37.
 A. The Defendant was sworn and responded to questions under oath.
 
 
  
 B. The Defendant understands the nature, purpose and consequences of this proceeding.
 
 
  
 C. The Defendant's plea(s) of______________________is/are knowingly and voluntarily entered and accepted by the Court.
 
 
  
 D. The Defendant is competent for the purpose of this hearing.
 
 
  
 E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
 
 
  
 F. The Defendant is guilty as charged: (check as appropriate)
     ( ) after no prior felony convictions.
     ( ) after one (1) prior felony conviction.
     ( ) after two (2) or more prior felony convictions.
 Count(s) enhanced pursuant to 21 O.S. § 51.1 : ______________________
    ( ) after one (1) prior felony conviction
    ( ) after two (2) or more prior felony convictions
 Count(s) enhanced pursuant to 21 O.S. § 20A et seq. (Sentencing Modernization Act):__________________________________________
   ( ) after one (1) or two (2) prior Class C/D felony conviction(s)
   ( ) after one (1) or more prior Class A/B/Y felony conviction or three (3) or 
       more prior Class C/D felony convictions
 Count(s) enhanced pursuant to ____ O.S. § __________: ______________
   ( ) after ________ prior felony conviction
  
 
 
  
 G. Sentencing or order deferring sentence shall be: imposed instanter ( ); or continued until the _______day of ________, 20____, at______.__m.
 
 If the Pre-Sentence Investigation and Report is requested, it shall be provided to the Court by the ______day of ____________, 20______.
 
 
  
 H. Defendant is committed to:
 ______The RID Program

 ______The FORT Program 

 ______The Delayed Sentencing Program for Young Adults

  
 
 
 

DONE IN OPEN COURT this ______day of __________ , 20_____.

_____________________                                                             ______________________________ 

Court Reporter Present                                                                  JUDGE OF THE DISTRICT COURT

__________________________                                                   ______________________________ 

Deputy Court Clerk                                                                         NAME OF JUDGE TYPED OR PRINTED

 
 
 
 Part B: Sentence on Plea
 
 Case No.__________________________
 
 State v. ___________________________
 
 Date: _____________________________
 
 

[NOTE ON USE: Part B to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing continued to future date.]

THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

TIME TO SERVE

1. You are sentenced to confinement under in the supervision custody of the Department of Corrections for a term of years as
follows: (list in same order as in question No. 12-A in Part A)

____________________________________________________________________________________________________

____________________________________________________________________________________________________

____________________________________________________________________________________________________

____________________________________________________________________________________________________

Upon release from such confinement, you shall serve a term of post-imprisonment supervision under conditions prescribed
by the Department of Corrections Court for a period of:

____________________________________________________________________________________________________

____________________________________________________________________________________________________

2. The sentence(s) to run:

___________________________ (concurrently/consecutively)

                                       (OR)

___________________________ NOT APPLICABLE

 

__________________ Concurrently ___________________ Consecutively __________________ Not Applicable

3. Defendant shall receive:

__________ Credit for time served

__________ No credit for time served

 

____ Credit for time served ________ No credit for time served

DEFERRED SENTENCE

1. The sentencing date is deferred until ________________, 20_____ at_________ ___.m.

2. You (will/will not) be supervised. The terms set forth in the Rules and Conditions of Probation found in Addendum D shall be the rules you must follow during the period of deferment.

SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:

__________________________________________________________________________________________________

__________________________________________________________________________________________________

__________________________________________________________________________________________________

__________________________________________________________________________________________________

To be suspended as follows:

(a) ALL SUSPENDED YES_____NO______

(b) suspended except as to the first __________ (months)(years) of the term(s) during which time you are to be held in
the custody of the Department of Corrections, the remainder of the sentence(s) to be suspended under the terms set
forth in the Rules and Conditions of Probation found in Addendum D.

_____ Said period of incarceration shall be in the custody of the Department of Corrections, to be served in the County Jail, in lieu of the
Department of Corrections, pursuant to the Community Service Sentencing Program, 22 O.S. Section 991a -- 4.1.

_____ Defendant's term of incarceration shall be calculated as:

          ______  Calendar days with credit for good behavior only (57 O.S Section § 65)

          ______ As calculated by the Sheriff with all implemented and allowable credits allowed by law

2. The sentence(s) to run:

_______________________ (concurrently/consecutively)

                                     (OR)

_______________________ NOT APPLICABLE

_________ Concurrently ___________ Consecutively ____________________ Not Applicable

3. Defendant shall receive:

_______ Credit for time served

_______ No credit for time served

____ Credit for time served      ____ No credit for time served

FINES AND COSTS

You are to pay a fine(s), costs, fees and/or restitution to the ______________County District Court Clerk as set out in Addendum E which is attached and made a part of this Order.

[NOTE ON USE: District Courts may develop and utilize schedules for payment of fines and costs as appropriate for each district and attach as Addendum E.]

COURT CLERK'S DUTY

[trial judge to complete this section]

IT IS FURTHER ORDERED that the Clerk of this Court shall register or report the following circumstances in accordance with the applicable statutory authority:

( ) As to Count(s) _______, the defendant is ineligible to register to vote and the Clerk of this Court shall submit a report pursuant to Section 4-101 4-120 of Title 26.

( ) As to Count(s) _______, Pursuant to Section 985.1 of Title 22, the Court departed from the mandatory minimum sentence of imprisonment as to Count(s) _______ and the Clerk of this Court shall submit a report pursuant to Section 985.2 of Title 22.

( ) As to Count(s) _______, the defendant is subject to the Methamphetamine Offender Registry requirements and the Clerk of this Court shall forward registration information as set forth in Section 2-701 of Title 63.

( ) As to Count(s) _______, the defendant is subject to the Sex Offender Registry requirements and the Clerk of this Court shall forward registration information as set forth in Section 582.2 of Title 57.

( ) As to Count(s) _______, the defendant is subject to the Mary Rippy Violent Crime Offenders Act and the Clerk of this Court shall forward registration information, including Form 13.18 if applicable, as set forth in Section 597 of Title 57.

( ) Defendant is a lawyer and certified copies of this document shall be transmitted to the Chief Justice of the Supreme Court and the General Counsel of the Bar Association within five (5) days as set forth in Rule Section 7.2 of the Oklahoma Rules of Professional Conduct Governing Disciplinary Proceedings, 5 O.S.Supp.2014, ch. 1, app. 1-A.

"NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the District Court Clerk's Office a written Application to Withdraw your Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your Application within thirty (30) days from the date it is filed. If the trial court denies your Application, you have the right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days from the date of the denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation of record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

 
 
 Do you understand each of these rights to appeal?
 Yes No
 
 
 Do you want to remain in the county jail ten (10) days before being taken to the place of confinement?
 Yes No
 
 
 Have you fully understood the questions that have been asked?
 Yes No
 
 
 Have your answers been freely and voluntarily given?
 Yes No
 
 

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_________________________________________
DEFENDANT

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_________________________________________
ATTORNEY FOR DEFENDANT

Done in open court, with all parties present, this ______day of _____________, 20______.

_______________________________                                    ________________________________
Court Reporter Present                                                             JUDGE OF THE DISTRICT COURT

________________________________                                   ________________________________
Deputy Court Clerk                                                                    NAME OF JUDGE TYPED OR PRINTED

ADDENDUM "A"

CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant,__________________________________, I certify that:

1. The Defendant has stated to me that he/she is (able/unable) to read and understand the attached form, and I have: (check appropriate option)

______Determined the Defendant is able to understand the English language.

______Determined the Defendant is unable to understand the English language and obtained _________________to interpret.

2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.

3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.

4. To the best of my knowledge and belief the statements and declaration made by the Defendant are accurate and true and have been freely and voluntarily made.

Dated this __________day of ___________, 20______.

________________________________________
ATTORNEY FOR DEFENDANT

Form 13.18 Mary Rippy Violent Crime Act Notice

IN THE DISTRICT COURT OF _____________________ COUNTY
STATE OF OKLAHOMA

 
 
 STATE OF OKLAHOMA,
            Plaintiff,
 v.
 ______________________________,
            Defendant.
 )
 )
 )
 )
 )
 
 
              Case No. _______________
 
 

NOTICE OF REGISTRATION REQUIREMENT UNDER
THE MARY RIPPY VIOLENT CRIME OFFENDERS REGISTRATION ACT

You must register as a violent offender and comply with this Act. Persons subject to the Act must register:

1. With the Department of Corrections within three (3) days after being convicted or receiving a deferred or suspended sentence (if the person is NOT incarcerated) OR within three (3) days after release from a correctional institution; AND

2. With the local law enforcement where the person resides or intends to reside within three (3) days after entering that jurisdiction; AND

3. With BOTH the Department of Corrections AND local law enforcement no less than three (3) days prior to moving or leaving a previously registered address.

Important: A failure to comply with the requirements of the Mary Rippy Violent Crime Offenders Registration Act can result in additional felony charges being filed against you.

 
 
  Defendant's full name (Last, First, Middle)
  
  Gender
  ( )Female ( )Male
 
 
  Residence Address Upon Discharge or Release
  
  City, State, Zip Code
  
 
 
  Sentenced to Custody of DOC?
  ( )Yes ( )No
 Year of Birth             
  Last Four Digits of Social Security
  #
 
 

                                                                                                                                                  _____________________________
                                                                                                                                                  Defendant

                  _________________________________                                                             ____________________________
                 (Assistant) District Attorney                                                                                     Attorney for Defendant

DONE IN OPEN COURT this __________________day of _________________ , 20_______.

_______________________________
Judge of the District Court

To Court Clerk: A copy of this completed form is to be provided to the Mary Rippy Violent Crime Offenders Registration Unit of the DOC, pursuant to 

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105